UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE WARREN LYMUEL,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RICK HILL,<br><br>　　　　Respondent. | No.  2:13-cv-0823 LKK CKD P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Petitioner is a California prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254.  He challenges a 1995 San Joaquin County conviction for assault with a firearm.  Respondent has filed a motion to dismiss.

　　　　First, respondent argues that the petition before the court should be dismissed because it is "successive."  A review of the docket for case number 2:99-cv-1525 LKK JFM P reveals that petitioner challenged the conviction at issue in this action in that action as well.  On April 5, 2000, the habeas petition in 2:99-cv-1525 LKK JFM P was dismissed as time-barred.  Before petitioner can proceed with the instant successive petition, he must obtain authorization from the Ninth Circuit Court of Appeals.  28 U.S.C. § 2244(b)(3); see Murray v. Greiner, 394 F.3d 78, 81 (2d Cir. 2005) (dismissal of habeas petition as time-barred "constitutes an adjudication on the merits that renders future petitions under § 2254 challenging the same conviction 'second or successive' petitions under [28 U.S.C.§ 2244(b)]").  It does not appear petitioner has obtained the

1

required authorization.  Therefore, petitioner's habeas petition must be dismissed without prejudice to its re-filing upon obtaining the required authorization.

Because the court agrees with respondent that the habeas petition before the court is "successive" under 28 U.S.C.§ 2244(b) and must be dismissed, the court need not reach respondent's other argument that the claims before the court are time-barred.

Accordingly, IT IS HEREBY RECOMMENDED that

1. Respondent's motion to dismiss (ECF No. 9) be granted;

2. Petitioner's application for a writ of habeas corpus be dismissed without prejudice; and

3. This case be closed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  In his objections petitioner may address whether a certificate of appealability should issue in the event he files an appeal of the judgment in this case.  See Rule 11, Federal Rules Governing Section 2254 Cases (the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant).  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 30, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
lymu0823.suc

2